93 So.2d 519

**ALABAMA GAS CORP. et al.**

v.

**Lewis J. ODESS.**

**6 Div. 65.**

Supreme Court of Alabama.

March 7, 1957.

White, Bradley, Arant, All & Rose, Birmingham, for appellants.

Dumas, O'Neal & Hayes, Sirote, Permutt, Friend & Friedman and Chas. Morgan, Jr., Birmingham, for appellee.

LAWSON, Justice.

This is a companion case to the case of Alabama Gas Corporation v. Murrow, Ala., 93 So.2d 515.[1] The principles discussed and approved by this court in the case just referred to are controlling in this case and upon its authority the judgment below is affirmed.

Affirmed.

LIVINGSTON, C. J., and STAKELY and MERRILL, JJ., concur.